IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Turner, Dwayne

Printed: 6/24/08

Case Number: 05 B 27477
Judge: Wedoff, Eugene R
Filed: 10/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 5, 2008
Confirmed: January 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,222.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,274.59 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 279.20 |
| Other Funds: |  | 968.21 |
| Totals: | 6,222.00 | 6,222.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Endodontic & Periodontic Assoc | Unsecured | 177.70 | 1,776.99 |
| 3. | Illinois Dept of Revenue | Unsecured | 49.76 | 497.60 |
| 4. | ACL Inc | Unsecured |  | No Claim Filed |
| 5. | Chicago Central | Unsecured |  | No Claim Filed |
| 6. | Advocate Health Center Trinity | Unsecured |  | No Claim Filed |
| 7. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 8. | Topper & Weiss LTD | Unsecured |  | No Claim Filed |
| 9. | Key Board Acceptance Corp | Unsecured |  | No Claim Filed |
| 10. | University of Chicago Hospital | Unsecured |  | No Claim Filed |
| 11. | Lincoln Park Anesthesia | Unsecured |  | No Claim Filed |
| 12. | Pathology & Nuclear Med | Unsecured |  | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 14. | Citibank USA | Unsecured |  | No Claim Filed |
| 15. | SBC | Unsecured |  | No Claim Filed |
| 16. | Village of Dolton | Unsecured |  | No Claim Filed |
| 17. | MCI Residential | Unsecured |  | No Claim Filed |
|  |  |  | $ 2,927.46 | $ 4,974.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 35.62 |
| 5% | 16.10 |
| 4.8% | 30.86 |
| 5.4% | 196.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Turner, Dwayne | Case Number: 05 B 27477 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 10/13/05 |

$ 279.20

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

